**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed July 8, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-21-00314-CV

---

### IN RE R. WAYNE JOHNSON, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Court at Law No. 2 & Probate Court**
**Brazoria County, Texas**
**Trial Court Cause No. 162563**

---

## MEMORANDUM OPINION

On June 8, 2021, relator R. Wayne Johnson filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. Relator has been declared a vexatious litigant and is therefore subject to the pre-filing order under section 11.101 of the Texas Civil Practice and Remedies Code. *See* Tex. Civ. Prac. & Rem. Code Ann. §§ 11.101, 11.103.

Under section 11.103(a), the clerk of this court may not file an original proceeding presented by a vexatious litigant subject to a pre-filing order under section 11.101 unless the litigant obtains an order from the local administrative judge permitting the filing, or the petition for a writ of mandamus is from a pre-filing order entered under section 11.101 designating a person a vexatious litigant. Tex. Civ. Prac. & Rem. Code Ann. § 11.103(a) & (d).  This is not a petition for a writ of mandamus from a pre-filing order entered under section 11.101.

Relator has not responded to our June 9, 2021, letter and has not shown that he has obtained an order from the local administrative judge permitting the filing of this original proceeding.

We **ORDER** the petition for writ of mandamus **DISMISSED**.

PER CURIAM


Panel consists of Justices Bourliot, Poissant, and Wilson.